# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| ARIGNA TECHNOLOGY LIMITED, | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § | CIVIL ACTION NO.  2:21-CV-00174-JRG |
| GENERAL MOTORS LLC,  NISSAN MOTOR COMPANY, LTD.,  NISSAN NORTH AMERICA, INC., | § § § § § | |
| *Defendants*. | § § | |

## ORDER

The Court issues this Order *sua sponte*. Before the Court is Plaintiff Arigna Technology Limited's Motion for Leave to Supplement Rule 26 Expert Disclosures (the "Motion"). (Dkt. No. 273). In light of the limited time remaining before the pretrial conference set for June 13, 2022 in the above-captioned matter, the Court finds that expedited briefing on the Motion is appropriate.

Accordingly, it is **ORDERED** that Defendants General Motors LLC, Nissan Motor Company, Ltd., and Nissan North America, Inc.'s response in opposition to the Motion shall be filed by **3:00 pm** on **Wednesday**, **May 25**, **2022**. No reply or sur-reply shall be filed without leave of the Court.

**So ORDERED and SIGNED this 20th day of May, 2022.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE