# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ARIGNA TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> GENERAL MOTORS LLC, ET AL. <br><br> Defendants. | Case No. 2:21-cv-00174-JRG <br><br> JURY TRIAL DEMANDED |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Pursuant to this Court's Standing Order Regarding Proper Notification of Settlement to the Court, a settlement in principle has been reached that resolves all matters in controversy between Plaintiff Arigna Technology Ltd., ("Plaintiff") and Defendant General Motors LLC ("GM") in the above-entitled and numbered action, but additional time is needed to complete certain prerequisites to dismissal. Accordingly, GM and Arigna respectfully request that the Court stay all pending deadlines between them for 30 days, up to and including June 19, 2022. Plaintiff and GM request this stay not for purposes of any delay, but so that they may finalize and file dismissal papers[1] without incurring additional expenses. This requested stay applies only to GM and does not impact Arigna's ongoing action against the Nissan defendants.

If the Court grants GM and Arigna's request for a stay, certain motions that are pending between Arigna and GM only (which do not concern the Nissan defendants) will not require adjudication by the Court. Those motions are listed in the table below:

---

[1] GM and Arigna agree that the dismissal papers would provide that Arigna dismiss the action against GM with prejudice and that both parties would bear their own costs and fees.

| **Docket No.** | **Motion** |
|---|---|
| Dkt. 163 | Arigna's Motion to Exclude Opinions of Lance Gunderson |
| Dkt. 170 | GM's *Daubert* Motion to Exclude Expert Opinions of David E. Yurkerwich |

Dated: May 23, 2022

Respectfully submitted,

 /s/ *Marissa Ducca*
Victoria F. Maroulis (admitted to practice in the Eastern District of Texas)
Lead Trial Counsel
victoriamaroulis@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood City, CA 94065
Telephone: (650) 801 5000
Facsimile: (650) 801 5100

Marissa Ducca (admitted to practice in the Eastern District of Texas)
marissaducca@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I St NW, Suite 900
Washington, D.C. 200005
Telephone: (202) 538 8000
Facsimile: (202) 538 8100

G. Blake Thompson (State Bar No. 24042033)
blake@themannfirm.com
J. Mark Mann (State Bar No. 12926150)
mark@themannfirm.com
MANN  TINDEL  THOMPSON
201 E. Howard St.
Henderson, TX 75654
Telephone: (903) 657-8540
Facsimile: (903) 657-6003

*Counsel for Defendant General Motors LLC*

 */s/ Matthew R. Berry*
Matthew R. Berry
Rachel S. Black
Andres Healy
John E. Schiltz

Steven M. Seigel
Danielle Nicholson
Emily A. Parsons
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101-3000
Phone: (206) 516-3880
Fax: (206) 516-3883
mberry@susmangodfrey.com
rblack@susmangodfrey.com
ahealy@susmangodfrey.com
jschiltz@susmangodfrey.com
sseigel@susmangodfrey.com
dnicholson@susmangodfrey.com
eparsons@susmangodfrey.com

Meng Xi
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Phone: (713) 651-9366
Fax: (713) 653-7851
mxi@susmangodfrey.com

*Of Counsel:*

T. John Ward, Jr.
Texas State Bar No. 00794818
Claire Abernathy Henry
Texas State Bar No. 24053063
Charles Everingham IV
Texas State Bar No. 00787447
Andrea L. Fair
Texas State Bar No. 24078488
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Phone: (903) 757-6400
Fax: (903) 757-2323
jw@wsfirm.com
claire@wsfirm.com
ce@wsfirm.com
andrea@wsfirm.com

***Attorneys for Arigna Technology Limited***

**CERTIFICATE OF SERVICE**

The undersigned certifies that on May 23, 2022 a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                        */s/ Matthew R. Berry*
                                        Matthew R. Berry

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Arigna has met and conferred with counsel for GM regarding the relief sought in this Motion on May 20, 2022. Counsel for defendants GM agreed to and joined this motion.

                                        */s/ Matthew R. Berry*
                                        Matthew R. Berry