## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED, | Case No. 2:21-cv-00174-JRG |
| Plaintiff, | JURY TRIAL DEMANDED |
| v. | |
| GENERAL MOTORS LLC, et al., | |
| Defendants. | |

### ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES AS TO DEFENDANT GENERAL MOTORS LLC

Before the Court is Plaintiff Arigna Technology Limited's and General Motors, LLC's Joint Motion to Stay All Deadlines and Notice of Settlement. Arigna and GM seek a stay of 30 days, up to and including June 19, 2022, to allow sufficient time to complete certain prerequisites to dismissal. The requested stay pertains to Arigna's action against GM only.

After considering the Motion, and for good cause shown, the Court concludes that the Joint Motion to Stay Proceedings for 30 Days should be GRANTED. This stay applies only to Arigna's action against GM and does not impact Arigna's ongoing action against the Nissan defendants.