# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ARIGNA TECHNOLOGY LIMITED, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> GENERAL MOTORS LLC, NISSAN § <br> MOTOR COMPANY, LTD., NISSAN § <br> NORTH AMERICA, INC., § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:21-CV-00174-JRG |

## ORDER

Before the Court is Plaintiff Arigna Technology Limited's ("Arigna") and Defendant General Motors LLC's ("GM") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion") (Dkt. No. 300). In the Motion, the parties inform the Court that a settlement in principle has been reached that resolves all matters in controversy between Arigna and GM in the above-captioned matter. Accordingly, Arigna and GM request that the Court stay all pending deadlines between them for 30 days, up to and including June 19, 2022, while they finalize their settlement and prepare the appropriate dismissal papers.

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **STAYS** all deadlines in the above-captioned action between Arigna and GM **up to and including June 19, 2022** during which time appropriate dismissal papers shall be filed with the Court. This stay and the provisions of this Order only affect Arigna's action against GM and shall have no effect on the remaining Defendants Nissan Motor Company, Ltd., and Nissan North America, Inc.

Also in the Motion, Arigna and GM inform the Court that the following motions raised only between Arigna and GM and currently pending resolution at the pre-trial conference in this matter set for June 13, 2022, no longer require adjudication: (1) Arigna's Motion to Exclude Opinions of Lance Gunderson (Dkt. No. 163), and (2) GM's *Daubert* Motion to Exclude Expert Opinions of David E. Yurkerwich (Dkt. No. 170). In light of the above, the Court **DENIES-AS-MOOT** Arigna's Motion to Exclude Opinions of Lance Gunderson (Dkt. No. 163) and GM's Daubert Motion to Exclude Expert Opinions of David E. Yurkerwich (Dkt. No. 170).

**So Ordered this**
**May 25, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE