IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ARIGNA TECHNOLOGY LIMITED, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:21-CV-00174-JRG |
| | § | |
| NISSAN MOTOR COMPANY, LTD., | § | |
| NISSAN NORTH AMERICA, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Before the Court is Plaintiff Arigna Technologies Limited ("Arigna") and Defendants Nissan Motor Company, Ltd. and Nissan North America, Inc.'s (together, "Nissan") Joint Motion to Stay All Deadlines and Notice of Settlement (the "Motion"). (Dkt. No. 345). In the Motion, Arigna and Nissan inform the Court that they have reached a settlement in principle that resolves all matters in controversy between them. Accordingly, Arigna and Nissan request that the Court stay all pending deadlines remaining in this case for a period of thirty (30) days while they complete certain prerequisites to dismissal.

Having considered the Motion, and in light of its joint nature, the Court finds that it should be and hereby is **GRANTED**. The Court **ORDERS** that all deadlines in the above-captioned case are **STAYED** for a period of thirty (30) days during which time appropriate dismissal papers shall be filed with the Court.

In light of the above, the pretrial conference in this case currently set for Monday, June 27, 2022, at 10:00 am is **CANCELLED**.

## So Ordered this

**Jun 24, 2022**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE